**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1205**

_____

RONALD JONES,

        Plaintiff - Appellant,

    v.

U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, as trustee for Bungalow Series IV Trust,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:23-cv-00203-KDB-DCK)

_____

Submitted:  May 15, 2025                       Decided:  May 20, 2025

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ronald Jones, Appellant Pro Se.  Diana C. Theologou, MCMICHAEL TAYLOR GRAY, LLC, Peachtree Corners, Georgia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jones v. U.S. Bank Tr. Co., Nat'l Ass'n*, No. 5:23-cv-00203-KDB-DCK (W.D.N.C., Feb. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*